

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2020

No. 04-19-00503-CV

**CHESAPEAKE EXPLORATION, L.L.C.,** Chesapeake Operating, L.L.C., Jamestown
Resources, L.L.C., and OOGC American LLC,
Appellants

v.

**7K INVESTMENTS, LTD.**, et al,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00030-CVL
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The Joint Motion to Adopt an Extended Briefing Schedule is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 21st day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court